# EXHIBIT 3

## U.S. Patent No. 6,868,682 – Infringement Claim Chart

On information and belief, Stulz and Trane entered into a relationship whereby Trane would supply Stulz-manufactured Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), and accompanying control devices/systems. *See, e.g.*, https://www.achrnews.com/articles/141346-trane-and-stulz-usa-announce-strategic-agreement.

The Stulz/Trane Supplied Products include Stulz's/Trane's Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), chillers, and accompanying control devices/systems, including:

- Direct Expansion Computer Room/Perimeter Air Conditioners (e.g., CyberAir DX, CyberOne EC DX, MiniSpace, MiniSpace EC, CompactPlus DX)
- Chilled Water Computer Room/Perimeter Air Handlers (e.g., CyberAir CW, CyberAir CFD-1080, CyberOne EC CW, Compact CWE)
- Direct Expansion Row-Based Precision Air Conditioners (e.g., CyberRow DX)
- Chilled Water Row-Based Precision Air Handlers (e.g., CyberRow CW)
- Chillers (e.g., CyberCool Chiller series, Explorer Chiller series)
- Raised floor air flow solutions (e.g., Airbooster series, AirModulator series)
- Accompanying control devices/systems (e.g., C7000, E2 controller/microprocessor, CyberCool XT controls, SEC.Blue).

These Stulz/Trane Supplied Products,[1] when used by Stulz's/Trane's customers to cool a data center, infringed at least claim 1 of the '287 patent, as demonstrated in the exemplary claim chart below.

[1] The Trane Supplied Products also include any non-Stulz Trane OEM CRAC, CRAH, chillers, raised floor air flow solutions, and accompanying control devices/systems that operate similarly to those described herein.

| Claim Language | Exemplary Evidence |
|---|---|
| [1pre] A method of controlling the temperature in a data center comprising: | Stulz's/Trane's customers, when using the Stulz Supplied Products, controlled the temperature in a data center.<br><br>IT Cooling Solutions<br>A guide to Precision Air Conditioning & Cooling Solutions from STULZ<br>Expertise in Data Centres, Server Rooms and all critical environments<br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Total efficiency: The precision climate control range from STULZ**<br><br>Precision air-conditioning systems precisely regulate temperature and humidity for sensitive technology. In data centres and mobile phone network exchanges, their continuous operation reliably ensures the high availability of computer systems. This is increasingly challenging as the performance of modern information and telecommunications technology improves.<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**Greater efficiency thanks to free cooling with outside air**<br><br>Economical precision air-conditioning systems also make use of cool outside air for indirect cooling of the data centre. Modern control electronics only switch on energy-intensive compressor cooling when really necessary. It continuously monitors the climate in the data centre and selects the optimum operating mode in no time.<br>Operation of cooling compressors and fans in the air-conditioning system is particularly energy-intensive. Electronic control improves the response in changing load conditions, while additional cooling with indirect free cooling keeps the running time of the compressor to a minimum.<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| | IT cooling solutions for data centres<br>IT and telecommunications are of vital importance to the economy, science and administration in general. Even the very shortest downtimes in ICT systems can result in a collective inability to act, and the loss of sensitive data. An ideal operating environment is the prerequisite for continuous, dependable operation ensuring uninterrupted availablity.<br>Stulz expertise in data centre cooling technology, creates the optimum conditions for high-availability IT infrastructure.<br><br>**Energy efficient data centre air-conditioning:** Indirect free cooling installation with CyberAir GE<br>Circulating air<br>• **MiniSpace/EC**<br>• **Compact Plus DX**<br>• **Compact CCD 2300/2800 CWE**<br>• **CyberAir 3 DX and Dualfluid**<br>• **CyberAir 3 DX and Dualfluid with EC compressor**<br>• **CyberAir 3 CW2, CWE and GE**<br>• **CyberAir 3 GES with EC compressor**<br>• **CyberAir DFC²**<br>• **CyberRow**<br>• **AirBooster, AirBooster Pro and AirModulator**<br>Water<br>• **CyberCool**<br>• **CyberCool XT**<br>• **Pump&Transfer**<br>• **Pump stations**<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

Energy-saving potential thanks to ambient air – Direct Free Cooling

With Direct Free Cooling, conditioned ambient air below 18°C is used to keep the data centre cool. This brings huge potential savings, but challenges as well. With this cooling method, a large volume of ambient air enters the rooms, so that extended temperature and humidity tolerances must be permitted. If the ambient temperature rises above 18°C, either an integrated DX system with compressors or a separate chiller assumes the task of cooling the data centre, depending on the air-conditioning solution that is installed.

Thanks to our many years of experience with precision air-conditioning solutions, we have succeeded in optimising all components for Direct Free Cooling, ensuring compliance with the specifications for data centre temperature tolerances according to **ASHRAE TC 9.9 – 2011**.

In addition, both our A/C units with Direct Free Cooling and the mixing and filtration boxes are available in various sizes. This enables you to configure the units precisely to suit your requirements and achieve optimum energy efficiency.



**CyberAir units with Direct Free Cooling and fold-away heat exchanger**

*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| |      <br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); Stulz CyberAir 3PRO DX ASR Brochure (2018); Stulz CyberAir CW Engineering Manual (Jan. 2022).<br>   <br>*See, e.g.*, Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br><br>*See, e.g.*, Stulz, "STULZ Explorer WPA" Brochure (2022); *see also, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>







*See, e.g.*, Stulz, "STULZ Explorer WPA" Brochure (2022); *see also, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).

Network connection for convenient control

**With intelligent network solutions from STULZ, you will always be in control of your precision air-conditioning system.**

**C1002**
- Standard controller with 4-digit, 7-segment LED display
- Key pad
- Integrated sequencing for connecting two units

**C2020**
- 4-line text based LC display
- Sequencing for up to 5 units
- Continuous condensation pressure regulation
- Software update and system configuration using hardware key (optional)
- Separate control unit for remote control (optional)

**C6000 Chiller**
- LCD graphic display
- Integrated sequencing for up to 6 units
- High pressure management
- Free cooling management
- Continuous condensation pressure regulation

**C7000**
- High redundancy and availability thanks to independant controllers
- Integrated sequencing for up to 20 units
- Zone operation
- Filter control management
- CW standby management
- Free cooling control
- User interface with graphic display and remote control (optional)

*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Network connection for convenient control**<br><br>With intelligent network solutions from STULZ, you will always be in control of your STULZ CyberAir 3 precision air conditioning system. You can enter and adjust setpoints, monitor the system and output operating data either using separate operator terminals, your PC or via a link to existing building management systems.<br><br>The serial RS485/RS232 interfaces enable connection with all common BMS systems from other manufacturers. Enjoy the convenience of controlling your air conditioning system by web browser using the STULZ WIB8000 internet interface. And incorporate it in building management bus systems via the LonWorks®-based STULZ LIB7000 interface.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**Control by microprocessor**<br><br>Each STULZ CyberAir 3 air conditioning unit has its own electronic controller. The C7000 microprocessor controls all active components and communicates with other air conditioning units and BMS interfaces in the system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>The C7000 microprocessor efficiently regulates all system states, CW standby management, the EC fan and the electronic expansion valve. Up to 20 air conditioning modules can be operated per bus system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br><br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**All active components in perfect balance**<br><br>The microprocessor keeps all active components of the system in balance. It adapts various parameters such as air flow, external pressure, noise level and cooling capacity of each air conditioning unit precisely in line with the room conditions. In addition, it supplies the data for the remote control units, initiates service messages and alarms via e-mail or text and can be linked via interfaces to all common BMS systems and to the internet.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| |  <br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**C7000 basic version**

This version comes equipped with all the necessary functions for controlling and monitoring the air conditioning system. A service interface enables the C7000 to be precisely configured using a laptop. Optional signal lamps on the housing keep the user informed about the operating state of the air conditioning unit. The Modbus protocol frequently used for connection to BMS systems is already integrated in the microprocessor:

- High level of redundancy and availability thanks to autonomous controllers in every air conditioning module
- Sequencing with standby functions
- Control of up to 20 air conditioning modules per data bus system
- UPS operation with configurable components for low unit power consumption
- Recording of room conditions
- Event log
- Zone operation
- Service interface
- Modbus protocol preinstalled

**C7000 Advanced user interface**

This interface also features an external control panel with graphic display and an extended operator interface for connection to all common BMS systems. The Windows-type menu structure enables you to centrally control up to 20 air conditioning units. In addition to the functions of the basic version, the C7000 Advanced also offers the following:

- Large LCD graphic display for operation and control, either integrated in the air conditioning unit or as a separate remote control
- Simple adaptation to local conditions on start-up
- Can be operated in 12 languages
- Service interface for configuration and downloading software
- Manual mode for service purposes
- Suitable for connection to all common BMS systems. The RS485 and RS232 ports enable connection and interfacing to a BMS.
- Modbus and other data protocols preinstalled
- Optical and acoustic signaling of events
- The operator terminal is either incorporated in the air conditioning unit, or available as a separate module

*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).

**Precise control**

The air-side temperature difference between the air inlet and exit of your server cabinets or air conditioning systems is known as ΔT. To ensure optimum operation and maximum running cost savings, it is vital that the ΔT of the air conditioning units is precisely and efficiently adapted to the ΔT of your server cabinets.

Our dynamic control system enables this adaptation to the changing requirements of your IT, and therefore offers you the most energy-efficient operation possible.




*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br><br>*See, e.g.*, Stulz, "CyberCool 1: Chiller with Free Cooling for a minimal footprint" Brochure (2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **A/C Grouping pLAN Operation (Optional)**<br><br>Multiple CyberAir system controllers shall be able to be connected (grouped) to a pLAN local network to enable the communication of data and information from each controller to a central control terminal or Lead controller.<br>The Lead controller display screen can be used to monitor and adjust group control variables for the individual system controllers. Each $E^2$ controller connected to the pLAN network shall be identified with its own unique address.<br><br>Multiple CyberAir systems consisting of up to eight floor-mounted air conditioners equipped with like controllers may be controlled and monitored via the $E^2$ series controller. With multiple CyberAir systems, each unit can be selectively configured as Active to operate as a primary A/C, Capacity Assist for staged operation, or as Standby to come online in case of a failed air conditioning unit to ensure continuous availability.<br><br>The controller may also be configured to rotate units with timed duty cycling to promote equal run- time and assure that each CyberAir system within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021). |
| [1a] receiving sensory data corresponding to a temperature from a subsystem in a data center; | Stulz's/Trane's customers, when using the Stulz Supplied Products, received sensory data corresponding to a temperature from a subsystem in a data center.<br><br>**Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precise-ly adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can eas-ily be found for every air conditioning unit without spend-ing a great deal of time on transport and assembly. The sys-tem is preconfigured and ready for start-up once installed.<br><br><br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **All active components in perfect balance**<br><br>The microprocessor keeps all active components of the sys-tem in balance. It adapts various parameters such as air flow, external pressure, noise level and cooling capacity of each air conditioning unit precisely in line with the room conditions. In addition, it supplies the data for the remote control units, initiates service messages and alarms via e-mail or text and can be linked via interfaces to all common BMS systems and to the internet.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**Precise control**<br><br>The air-side temperature difference between the air inlet and exit of your server cabinets or air conditioning systems is known as ΔT. To ensure optimum operation and maximum running cost savings, it is vital that the ΔT of the air conditioning units is precisely and efficiently adapted to the ΔT of your server cabinets.<br><br>Our dynamic control system enables this adaptation to the changing requirements of your IT, and therefore offers you the most energy-efficient operation possible.<br><br><br><br><br>*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **E² Series Controller**<br><br>The advanced microprocessor based E² Series controller shall be equipped with flexible software capable of meeting the specific needs of the application. The setpoints shall be default and their ranges shall be easily viewed and adjusted from the user interface display. The program and operating parameters shall be permanently stored on a non-volatile system in the event of power failure. The controller shall be designed to manage temperature and relative humidity (RH) levels to a user defined setpoint via control output signals to the CyberAiR system. Control parameters have variable outputs from 0 to 100% of the full rated capacity. The controller shall receive inputs for measurable control conditions (temperature, relative humidity, and dew point) via return air or room mounted sensors. The internal logic will then determine if the conditions require cooling, humidification or dehumidification. Control setpoints shall be established to maintain design conditions of the installation. The controller will respond accordingly to changes in these conditions and control the output/demand for the appropriate mode of operation until user defined conditions are achieved.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>



FIGURE 13- TEMPERATURE/HUMIDITY SENSOR LOCATION

<u>Room Air Control (standard)</u>- The A/C unit is provided with a temperature and humidity (T/H) sensor, factory mounted in the return air stream of the A/C unit. The return air temperature and humidity are monitored by the system controller and compared to limit values set at the factory. Control outputs are based on set points entered into the system controller by the user.

As an alternative to locating the T/H sensor inside the A/C unit, it may be field installed under a raised floor for sensing supply air conditions or, on a wall in the conditioned space for sensing actual room conditions (see Figure 13).

<u>Supply Air Control</u>- As an option, a field installed T/H sensor may be used for supply air control. The sensor is equipped with a 20 foot long cable and is to be field installed in the supply air stream. Position the sensor at least 6 feet away from the supply air outlet. The supply air temperature and humidity are monitored by the system controller and compared to limit values set at the factory. Control outputs are based on set points entered into the system controller by the user.

See, e.g., Stulz CyberAir DX Installation, Operation and Maintenance Manual (April 2019); see also, e.g. Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (Feb. 2020); Stulz CyberRow DX Installation, Operation and Maintenance Manual (April 2016); Stulz CyberAir CW Installation, Operation and Maintenance Manual (2013); Stulz CyberOne EC CW Installation, Operation and Maintenance Manual (Feb. 2020); Stulz CyberRow CW Installation, Operation and Maintenance Manual (Dec. 2013).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **2.6.4.1 Remote Temperature/Humidity Sensor**<br>A remote temperature/humidity (T/H) sensor must be located so that it will properly sense the temperature/ humidity conditions to be controlled (room air or supply air). Depending on the type of control selected (see Section 2.6.4), the sensor may be factory mounted or shipped loose for field installation. The T/H sensor should not be mounted near a doorway or an area where it would be exposed to direct sunlight. When locating the sensor, consider the length of wire to be used. As an option, a 75 foot or 150 foot long cable may be provided by STULZ. Follow the steps below to mount the sensor.<br><br><br>**Temperature /Humidity Sensor**<br><br>*See, e.g.*, Stulz CyberAir DX Installation, Operation and Maintenance Manual (April 2019); *see also, e.g.* Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (Feb. 2020); Stulz CyberRow DX Installation, Operation and Maintenance Manual (April 2016); Stulz CyberAir CW Installation, Operation and Maintenance Manual (2013); Stulz CyberOne EC CW Installation, Operation and Maintenance Manual (Feb. 2020); Stulz CyberRow CW Installation, Operation and Maintenance Manual (Dec. 2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Air flow management for data centres with closed-circuit air conditioning**<br><br>Air flow system solutions from the STULZ AirBooster series are installed directly in front of the server rack, in the raised floor. Integrated sensors ensure that cold air requirements are automatically determined, and exactly the right air flow rate is provided based on the required temperature.<br><br>All elements of STULZ air flow solutions utilise the same air conduction system, from the air conditioners to the racks, and are controlled exactly in line with cooling requirements.<br><br><br>Straightforward and flexible: STULZ AirBooster and AirModulator cool data centre hot spots<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**STULZ AIRMODULATOR KEY BENEFITS**<br>› Suitable for raised floor installation in data centres with homogenous pressure conditions<br>› Suitable for cold aisle containment<br>› Temperature measurement via two sensors<br>› Optional pressure control (PTM)<br>› Precisely designed for standard raised floor panels<br>› Easy installation, operational in minimal time<br><br>*See, e.g.*, Stulz, "Quick Select Guide" (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **STULZ AIRBOOSTER & AIRBOOSTER PRO KEY BENEFITS**<br>› Suitable for data centres with raised floor<br>› Suited to cooling localised high density zones<br>› Air flow up to 2650$m^3$/h (2500$m^3$/h for AirBooster Pro)<br>› EC Fan for precise air flow supply<br>› Temperature measurement via two sensors<br>› Optional pressure control (PTM)<br>› Precisely designed for standard raised floor panels<br>› High level interface-modbus connection<br><br>*See, e.g.*, Stulz, "Quick Select Guide" (2013). |
| [1b] processing the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center is operating within a predetermined temperature range; | Stulz's/Trane's customers, when using the Stulz Supplied Products, processed the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>Stulz's/Trane's customers used the Stulz Supplied Products to set temperature setpoints and control the Stulz Supplied Products to match the thermodynamic/IT head load. |

| Claim Language | Exemplary Evidence |
|---|---|
| |  |



*See, e.g.*, Stulz, “STULZ Solutions and Services” Brochure (June 2015).

| Claim Language | Exemplary Evidence |
|---|---|
| | See below |

**Advanced Controls**



Easy to program multiple alarms including "virtual flow" alarm and "condensate possible" alarm

LAN communication options available

Ultra Capacitor system can intelligently close valves or dampers after a sudden power loss

Multiple Sensor Averaging Control
(up to 4 temperature or humidity sensors)

- Refrigerant pressure and temperature monitoring for DX
- Water temperature sensor for CW
- Return or supply temperature/humidity sensor
- Static pressure sensor

**Real Time Monitoring**

The STULZ E² controller provides a direct LAN connection for real time status of the EC Fan array. These data points are made available to a BMS system for advanced system monitoring.

Real time data includes:

- Speed
- Power
- Temperature
- Voltage
- Alarm Status

| Key Control Capabilities | Benefit |
|---|---|
| Independent Control | Efficiency of EC Fans and CW valve (or compressor) can be maximized |
| Dew Point Control | Temperature and RH examined and humidification/dehumidification modes optimized |
| Static Pressure Control | Provides even airflow on demand at any room position and precise control for containment |
| Unit Networking | Capable of BMS interface or private local area network (pLAN) |

*See, e.g.*, Stulz, "STULZ Solutions and Services" Brochure (June 2015).

| Claim Language | Exemplary Evidence |
|---|---|
| | **Intelligent control and central monitoring of precision air-conditioning**<br><br>Intelligent control concepts ensure reliable operation of precision air-conditioning units and chillers. Setpoint entry and adjustment, unit monitoring and operating data output using separate control units, PC or connection to existing building services systems. This allows you to maintain an overview and keep control at all times.<br><br>**Interfaces to building services and Internet**<br><br>The STULZ MIB7000 (Multifunctional Interface Board) has an integrated sequencing function for up to 32 units. The RS485/RS232 serial interfaces support all standard building services systems. The STULZ WIB8000 (Web Interface Board) communicates using the IP protocols SNMP and HTTP. Configuration and operation are browser-based.<br>The STULZ LIB7000 (Lon Interface Board) enables all units to be integrated into LonWorks® technology.<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**E² Series Controller**<br><br>The advanced microprocessor based E² Series controller shall be equipped with flexible software capable of meeting the specific needs of the application. The setpoints shall be default and their ranges shall be easily viewed and adjusted from the user interface display. The program and operating parameters shall be permanently stored on a non-volatile system in the event of power failure. The controller shall be designed to manage temperature and relative humidity (RH) levels to a user defined setpoint via control output signals to the CyberAiR system. Control parameters have variable outputs from 0 to 100% of the full rated capacity. The controller shall receive inputs for measurable control conditions (temperature, relative humidity, and dew point) via return air or room mounted sensors. The internal logic will then determine if the conditions require cooling, humidification or dehumidification. Control setpoints shall be established to maintain design conditions of the installation. The controller will respond accordingly to changes in these conditions and control the output/demand for the appropriate mode of operation until user defined conditions are achieved.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Field Configurable**<br><br>The program for the E² Series controller shall be field configurable, allowing the operator the capability of selecting control setpoints specific to the application.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021).<br><br>**Supply Air Control**<br>The CyberAir floor-mounted air conditioning system controller shall be provided with a temperature and humidity sensor factory unit mounted in the return air stream and a field installed supply air temperature and humidity sensor for supply air control capabilities. The controller shall provide the user an adjustable supply air control setpoint.<br><br>*See, e.g.*, Stulz CyberAir CW Engineering Manual (Jan. 2022); *see also, e.g.*, Stulz CyberOne EC CW Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **1.5.7 Temperature/Humidity Sensors**<br>Control and alarm recognition takes place by means of the controller analyzing signal inputs from the sensors to manage the operation of the A/C unit consistent with the setpoints entered in the system controller. The system controller monitors three NTC type temperature sensors and a 4-20 mA temperature/humidity (T/H) sensor.<br>The NTC sensors are factory installed in pre-determined supply air fan zones inside the cabinet. Each NTC sensor is used by the system controller to manage the speed of the fan for that zone to meet the supply air setpoint temperature. The return air is monitored by a temperature/humidity (T/H) sensor which is typically mounted inside the cabinet. As an option, the return air T/H sensor may be removed from the cabinet and mounted in the hot aisle. The actual sensor values may be viewed from the controller user interface display using the Information menu loop.<br>5. After entering the Setpoints screens, select the Temperature setpoint screen by scrolling the menu selections with the Up (↑) and Down (↓) arrow keys until the word "Temperature" appears in the field at the top of the screen.<br><br>Pressing the Enter (↵) key places the flashing cursor in the setpoint value field. Increase or decrease the Temperature Setpoint with the Up (↑) and Down (↓) arrow keys until the desired temperature value is shown. Press the Enter (↵) key again to accept the setpoint (this removes the cursor from the field).<br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>**4.5.2.7 Setpoint Values**<br>Displays the current operating Temperature and Humidity setpoints and control method. If configured for Dewpoint control, the controller displays the calculated dewpoint setpoints for dehumidification and humidification as derived from the operating temperature and humidity setpoints.<br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>The Setpoints (SET) screens below may be accessed from the Control menu.<br>Temperature<br>Setpoint 72.0°F<br>Controlling to Sup<br>STATUS<br>Temp: 72.6°F Set:72.0°F<br>Dew: 50.1°F<br>Press (↓) Key<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>Air flow management for data centres with closed-circuit air conditioning<br>Air flow system solutions from the STULZ AirBooster series are installed directly in front of the server rack, in the raised floor. Integrated sensors ensure that cold air requirements are automatically determined, and exactly the right air flow rate is provided based on the required temperature.<br>All elements of STULZ air flow solutions utilise the same air conduction system, from the air conditioners to the racks, and are controlled exactly in line with cooling requirements.<br><br>Straightforward and flexible: STULZ AirBooster and AirModulator cool data centre hot spots<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
As one example, Stulz’s/Trane’s customers used the Airmodulator and/or Airbooster series as a “first agent” in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>

Air flow management for data centres with closed-circuit air conditioning<br><br>
Air flow system solutions from the STULZ AirBooster series are installed directly in front of the server rack, in the raised floor. Integrated sensors ensure that cold air requirements are automatically determined, and exactly the right air flow rate is provided based on the required temperature.<br><br>
All elements of STULZ air flow solutions utilise the same air conduction system, from the air conditioners to the racks, and are controlled exactly in line with cooling requirements.<br><br>



Straightforward and flexible: STULZ AirBooster and AirModulator cool data centre hot spots<br><br>

*See, e.g.*, Stulz, “A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments” Brochure (2012).<br><br>

STULZ AIRMODULATOR KEY BENEFITS<br>
› Suitable for raised floor installation in data centres with homogenous pressure conditions<br>
› Suitable for cold aisle containment<br>
› Temperature measurement via two sensors<br>
› Optional pressure control (PTM)<br>
› Precisely designed for standard raised floor panels<br>
› Easy installation, operational in minimal time<br><br>

*See, e.g.*, Stulz, “Quick Select Guide” (2013).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **STULZ AIRBOOSTER & AIRBOOSTER PRO KEY BENEFITS**<br>› Suitable for data centres with raised floor<br>› Suited to cooling localised high density zones<br>› Air flow up to 2650$m^3$/h (2500$m^3$/h for AirBooster Pro)<br>› EC Fan for precise air flow supply<br>› Temperature measurement via two sensors<br>› Optional pressure control (PTM)<br>› Precisely designed for standard raised floor panels<br>› High level interface-modbus connection<br><br>*See, e.g.*, Stulz, "Quick Select Guide" (2013).<br><br>As another example, Stulz's/Trane's customers used CyberRow cooling units as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>**1.5.7 Temperature/Humidity Sensors**<br>Control and alarm recognition takes place by means of the controller analyzing signal inputs from the sensors to manage the operation of the A/C unit consistent with the setpoints entered in the system controller. The system controller monitors three NTC type temperature sensors and a 4-20 mA temperature/humidity (T/H) sensor.<br><br>The NTC sensors are factory installed in pre-determined supply air fan zones inside the cabinet. Each NTC sensor is used by the system controller to manage the speed of the fan for that zone to meet the supply air setpoint temperature. The return air is monitored by a temperature/humidity (T/H) sensor which is typically mounted inside the cabinet. As an option, the return air T/H sensor may be removed from the cabinet and mounted in the hot aisle. The actual sensor values may be viewed from the controller user interface display using the Information menu loop.<br><br>5. After entering the Setpoints screens, select the Temperature setpoint screen by scrolling the menu selections with the Up (↑) and Down (↓) arrow keys until the word "Temperature" appears in the field at the top of the screen.<br><br>Temperature<br>Setpoint 72.0°F<br>Controlling to<br>Avg supply air temp<br>STATUS------------------<br>Temp: 73.0°F Set:72.0°F<br>Dew: 50.3°F<br><br>Pressing the Enter (↵) key places the flashing cursor in the setpoint value field. Increase or decrease the Temperature Setpoint with the Up (↑) and Down (↓) arrow keys until the desired temperature value is shown. Press the Enter (↵) key again to accept the setpoint (this removes the cursor from the field).<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>**4.5.2.7 Setpoint Values**<br>Displays the current operating Temperature and Humidity setpoints and control method. If configured for Dewpoint control, the controller displays the calculated dewpoint setpoints for dehumidification and humidification as derived from the operating temperature and humidity setpoints.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>**E2 Microprocessor Controller**<br><br>The advanced microprocessor based E2 Series controller shall be equipped with flexible software capable of meeting the specific needs of the application. The setpoints shall be default and their ranges shall be easily viewed and adjusted from the user interface display.<br>The program and operating parameters shall be permanently stored on a non-volatile system in the event of power failure. The controller shall be designed to manage temperature to a user defined setpoint via control output signals to the CyberRow unit.<br>The controller shall receive inputs for measurable control conditions (temperature, relative humidity, and dewpoint) via return air or remote mounted supply air sensors. The internal logic will then determine if the conditions require cooling. Control setpoints shall be established to maintain design conditions of the installation. The controller will respond accordingly to changes in these conditions and control the output/demand for the appropriate mode of operation until user defined conditions are achieved.<br><br>*See, e.g.*, Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021); *see also, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | The $E^2$ Series controller is designed to manage temperature and humidity levels to user defined setpoints via control output signals to the A/C system. Control parameters have variable outputs from 0 to 100% of the full rated capacity. The controller continually receives inputs for the measurable control conditions (temperature and relative humidity) via sensors installed in the cabinet. The internal logic determines if the conditions require cooling or dehumidification. Control setpoints are established to maintain the room's designed conditions. The controller responds accordingly to changes and controls the output(s) to the air conditioning system so temperature/humidity conditions reach the user defined control setpoints.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>As another example, Stulz's/Trane's customers used Room/Perimeter cooling units in free-cooling/efficiency mode as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**1.7 Free-Cooling Operation**

The free-cooling configuration is available to minimize the use of compressor operation during low ambient conditions for system energy savings. A FC (free-cooling) system utilizes a remote drycooler to provide water/glycol coolant to a free-cooling coil positioned within a DX refrigerant system. If outdoor air temperatures permit free-cooling operation (adjustable user set point), the free-cooling mode is enabled to take advantage of the low ambient conditions to provide cooling with partial use or without the use of the system compressor(s). Free-cooling provides an excellent opportunity for reduced operational cost by reducing the compressor operating hours.

The free-cooling sequence is enabled if the entering fluid temperature is below the user adjustable free-cooling enable set point and the return air temperature rises to the free-cooling set point plus dead band.

The drycooler pump activates and the 3-way control valve directs chilled water/glycol coolant to the FC coil. The outdoor fluid cooler is controlled by first switching the leaving fluid control set point from typical DX heat rejection to free-cooling control (adjustable set point, ambient air) and by controlling the leaving fluid to its user adjustable set point. The free-cooling control valve opens proportionally to the demand for cooling based on the return air temperature's deviation from set point.




Figure 5- Free-Cooling Diagram

If the return air temperature continues to rise, the free-cooling valve position eventually reaches 100% open, maximizing the flow of coolant through the free-cooling coil. Continued operation in this position indicates the A/C unit is unable to lower the air temperature to the desired set point in the free- cooling mode.

The compressor activates if the DX cooling stage enable temperature set point has been reached or if the control valve position reaches 100% open for 20 seconds (default). The free-cooling circuit and the compressor operate in series to provide maximum cooling. The 3-way control valve continually modulates the flow of coolant in response to temperature with the compressor running.

The compressor cycles off based on the normal compressor temperature cut-out settings once the set point is maintained.

As the outside air temperature increases above the ambient air switch-over setting, the fluid cooler controls cycle back to typical DX heat rejection allowing the leaving fluid control set point to increase above the prevailing ambient conditions. The indoor unit's inlet fluid temperature sensor monitors the fluid temperature and deactivates the free-cooling mode once the fluid temperature increases above the user adjustable enable set point. The system compressors become the primary cooling source and will activate as the return air temperature increases above the set point.

*See, e.g.*, Stulz CyberAir DX Installation, Operation and Maintenance Manual (2019); Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (2020).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Stulz's/Trane's customers used Room/Perimeter cooling units in normal mode as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>**$E^2$ Series Controller**<br><br>The advanced microprocessor based $E^2$ Series controller shall be equipped with flexible software capable of meeting the specific needs of the application. The setpoints shall be default and their ranges shall be easily viewed and adjusted from the user interface display. The program and operating parameters shall be permanently stored on a non-volatile system in the event of power failure. The controller shall be designed to manage temperature and relative humidity (RH) levels to a user defined setpoint via control output signals to the CyberAiR system. Control parameters have variable outputs from 0 to 100% of the full rated capacity. The controller shall receive inputs for measurable control conditions (temperature, relative humidity, and dew point) via return air or room mounted sensors. The internal logic will then determine if the conditions require cooling, humidification or dehumidification. Control setpoints shall be established to maintain design conditions of the installation. The controller will respond accordingly to changes in these conditions and control the output/demand for the appropriate mode of operation until user defined conditions are achieved.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021). |
| [1c] adjusting a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range; and | Stulz's/Trane's customers, when using the Stulz Supplied Products, adjusted a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>As one example, Stulz's/Trane's customers used the Airmodulator and/or Airbooster series as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range. |

| **Claim Language** | **Exemplary Evidence** |
| --- | --- |
| | Air flow management for data centres with closed-circuit air conditioning<br><br>Air flow system solutions from the STULZ AirBooster series are installed directly in front of the server rack, in the raised floor. Integrated sensors ensure that cold air requirements are automatically determined, and exactly the right air flow rate is provided based on the required temperature.<br><br>All elements of STULZ air flow solutions utilise the same air conduction system, from the air conditioners to the racks, and are controlled exactly in line with cooling requirements.<br><br><br>Straightforward and flexible: STULZ AirBooster and AirModulator cool data centre hot spots<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>STULZ AIRMODULATOR KEY BENEFITS<br>› Suitable for raised floor installation in data centres with homogenous pressure conditions<br>› Suitable for cold aisle containment<br>› Temperature measurement via two sensors<br>› Optional pressure control (PTM)<br>› Precisely designed for standard raised floor panels<br>› Easy installation, operational in minimal time<br><br>*See, e.g.*, Stulz, "Quick Select Guide" (2013). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**STULZ AIRBOOSTER & AIRBOOSTER PRO KEY BENEFITS**

› Suitable for data centres with raised floor<br>
› Suited to cooling localised high density zones<br>
› Air flow up to 2650m³/h (2500m³/h for AirBooster Pro)<br>
› EC Fan for precise air flow supply<br>
› Temperature measurement via two sensors<br>
› Optional pressure control (PTM)<br>
› Precisely designed for standard raised floor panels<br>
› High level interface-modbus connection

*See, e.g.*, Stulz, "Quick Select Guide" (2013).

As another example, Stulz's/Trane's customers used CyberRow cooling units as the "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range.

**Features**

- Independent of rack manufacturer
- Targeted cooling of high-density racks
- Up to five variable-speed EC fans, which can be controlled independently of each other for optimum adaptation to different return air and supply air temperatures
- Infinitely adjustable EC compressor for precise cooling capacity, and no increase in start-up current due to inverter technology
- For data centers with and without raised floors
- Three different widths for flexibility
- Front and rear service access
- C7000 controller for controlling and monitoring the air-conditioning system



**CyberRow Sizes:**<br>
Size 1: 1,950 x 300 x 1,200 (H x W x D)<br>
Size 2: 1,950 x 400 x 1,175 (H x W x D)<br>
Size 3: 1,950 x 600 x 1,175 (H x W x D)

*See, e.g.*, Stulz, "The Whole Range of Data Center Cooling Solutions" Brochure (Dec. 2014).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>STANDARD INCLUSIONS/OPTIONS<br>› DC Brushless Inverter Driven Compressor, allowing continuous capacity control from 30%-100%<br>› The choice of four airflow configurations<br>› Refrigerant R410A<br>› 3 x EC fans with proportional control<br>› Microprocessor Controller<br>› Maintenance access from front and back<br>› Dual Power Supply<br>› Humidification<br>› Other options available on request<br>*See, e.g.*, Stulz, "Quick Select Guide" (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>• Two sizes:<br>Size 1: 1,950 x 400 x 1,175 (H x W x D)<br>Size 2: 1,950 x 600 x 1,175 (H x W x D)<br>• 3 speed-controlled EC fans, which can be regulated independently and so adapt perfectly to changing return and supply air temperatures<br>• EC scroll compressor (only available for DX and GE versions)<br>• Maintenance access from front and back<br>• RS485 connectivity to popular BMS systems<br>• G4 pleated panel filter in a metal frame<br>• Powder-coated external frame with hinged front and back panels<br>• Ready-made holes as standard at top and bottom for water connections<br>• No direct cables or refrigerant lines are required between the rack and the A/C unit, allowing greater flexibility for installation in the data centre<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**Mechanical Components**<br><br>**Backward Inclined, Plenum Style Fan, with an EC Motor**<br>The blowers shall be backward inclined plenum style fans with an Electronically Commutated (EC) motor, for maintenance free operation. The motor shall include:<br>• Integrated electronic control board<br>• Direct microprocessor control signaling for fan speed control, soft-starting capabilities<br>• Integrated current limitations<br><br>*See, e.g.*, Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
|---|---|
| | The system is equipped with highly reliable EC (Electronically Commutated) fans which offer considerable energy cost savings and long life. Using an electronically commutated permanent magnet DC motor, AC inverter whine is eliminated. Fan speed is continuously adjustable via a signal from the system controller without the use of VFD's. EC fans offer energy efficient, quiet, low vibration operation.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>**1.5.6 EC Fans**<br>The unit is equipped with three high efficiency, Electronically Commutated (EC) fans. EC fans utilize a brushless motor equipped with permanent magnets and permanently lubricated ball bearings. The fan impellers are backward curved and attached to the rotor casing. The fan is balanced and aerodynamically optimized to minimize vibration.<br>The fans do not utilize drive belts. Fan speed is variable via a 0 to 10 VDC signal from the system controller. The fan motor is equipped with integral electronics and does not require the addition of secondary electronics such as thermal protection, inverters or filters. The fan will not produce AC inverter whine.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>The system controller may be used to configure the fans for zone temperature control with independently variable fan speeds or with all three fans operating at the same variable speed (See Section 4.4.4).<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **4.4.4 Air Flow/Fan Speed Control**<br>The $E^2$ controller treats each EC fan as a variable speed fan. The controller manages the speed of each fan from a factory-set minimum up to a factory-set maximum speed. The minimum fan speed is used whenever the A/C unit has no cooling operations running. The maximum fan speed setting is used during times when the A/C unit is cooling. A dehumidification fan speed setting is used when the system is in the dehumidification mode. The speed settings are adjustable in the Service>Blower>Blower Set Up menu loop (see Section 4.5.5.4.2).<br>EC fan speed is automatically varied based on temperature. There are mechanisms to trade-off the control valve opening versus fan speed. When the system enters the dehumidification mode, the fan speed automatically changes to the dehumidification speed setting.<br><br>**4.4.4.1 Independent Fan Speed Control**<br>The system controller may be configured for independent, variable fan speed control for managing upper, middle and lower zone cooling. The controller continually monitors the actual cold aisle supply air conditions for each fan zone (upper, middle and lower) as determined by temperature sensors mounted locally to each zone inside the CyberRow cabinet and it adjusts the speed of each fan to meet the supply air temperature setpoint for that zone. The operator may select from three independent fan speed temperature control methods in the Control> Set>Fan Control menu loop (Section 4.5.4.1). Minimum and maximum fan speed settings for each fan are user adjustable in the Service>Blower>Temp Zone Set Up menu loop (see Section 4.5.5.4.1). The fans will not run at speeds outside of the envelope established in that menu loop.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>**4.4.4.1.1 Variance From Average Fan Speed Control**<br>When configured for variance from average fan speed control each fan operates independently. The controller manages the speed of each fan by comparing the variance of the fans' local zone temperature sensor to the overall average temperature measured by the sensors for all three fan zones. The controller adjusts the speed of each fan as necessary to meet the supply air temperature setpoint for that zone.<br><br>**4.4.4.1.2 Temperature Proportionate Speed Control**<br>The controller adjusts the speed of each fan proportionally for that zone to meet the supply air temperature setpoint. The controller compares the variance of each temperature zone to the temperature setpoint and develops a proportional control output to modulate the speed of each fan to meet the supply air temperature setpoint for that zone.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |




The Fan Control screen allows you to select a fan speed control method (Variance from Average, Temperature Proportional or Manual, see Section 4.4.4.1) for each of the three fans. You may also link the fan temperature zones together in any combination so selected fans operate at the same speed. The linked zones use the average of the linked temperature sensors to control fan speed. Link bars appear to the left of the fan icons indicating which fan zones have been linked.




When fans are not linked, the controller adjusts the speed of each fan as necessary for that zone to meet the supply air temperature setpoint. When the system is in the dehumidification mode the fan speeds are automatically linked and controlled to the same speed.

*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).

**4.5.5.4.1 Temp Zone Set Up**










If your unit is configured for zone temperature control, Blower>Temp Zone display screens are available for the upper, middle and lower fan. These screens allow you to adjust minimum and maximum fan speed settings and modify the fan speed PI control response parameters. The variable dampening value, used with Variance From Average fan speed control (see Section 4.4.4.1.1), adjusts the effect of the variance on the final fan speed.

*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Stulz's/Trane's customers used Room/Perimeter cooling units in free-cooling/efficiency mode as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range. Similarly, as another example, Stulz's/Trane's customers used Room/Perimeter cooling units in normal mode as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>**Adaptive ventilation with EC technology**<br><br>With the introduction of the CyberAir 2, we were the first manufacturer to employ EC-driven fans for an entire product family. For the CyberAir 3 we went one step further, and entrusted ebm-papst with the task of developing a fibreglass-reinforced EC fan in a special size for the CyberAir 3, precisely in line with our specifications. The electronically controlled EC fans react steplessly to changing output requirements and are especially economical in partial load mode. EC fans consume up to 30 % less energy than conventional AC models!<br><br><br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | See below |




*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018); Stulz, "CyberAir 3PRO CW: Innovative chilled water cooling for data centers" Brochure (2017).

## Airflow Control

### EC Fan Speed Control

The system shall include a variable fan speed control package. The purpose of this feature is to allow the use of the energy saving capabilities of the EC fan without running into the problems associated with ice formation on the coil or excessive latent cooling. When the suction pressure and therefore suction temperature is equal to the minimum allowable coil temperature, the E² controller will prevent the EC fans from any further decrease in speed until that suction pressure/temperature rises. The minimum allowable suction temperature is a customer selectable parameter.

*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021).

| Claim Language | Exemplary Evidence |
|---|---|
| | **1.4.7 EC Fan(s)**<br>The unit is equipped with high efficiency, Electronically Commutated (EC) fan(s). EC Fans utilize a brushless motor equipped with permanent magnets and permanently lubricated ball bearing. The Fan impellers are backward curved and attached to the rotor casing. The fan is balanced and aerodynamically optimized to minimize vibration.<br>The fan does not utilize drive belts. The fan speed is variable via a 0 to 10 VDC signal from the system controller. The fan motor is equipped with integral electronics and does not require the addition of secondary electronics such as thermal protection, inverters or filters. The fan will not produce AC inverterwhine.<br><br>**29.11 EC Fans**<br>The speed of the EC fans is controlled via a 0 to 10 VDC signal from the system controller. The controller is pre-set by the factory for the correct fan speed configuration and should not require adjustment. If it is determined that the air flow needs adjustment, this may be done using the controller's programming menu selections. Refer to the $E^2$ Controller Operators Manual provided separately.<br><br>*See, e.g.*, Stulz CyberAir DX Installation, Operation and Maintenance Manual (2019); Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (2020); Stulz CyberAir CW Installation, Operation and Maintenance Manual (2013); Stulz CyberOne EC CW Installation, Operation and Maintenance Manual (2020).<br><br><br><br><br>*See, e.g.*, Stulz C7000 Original Instructions Microprocessor (June 2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Differential temperature control according to return air**<br>This variant of differential temperature control can be used for A/C units with EC fans (e.g. CyberAir). With this control the fan speed is proportionally controlled according to the deviation of the return air temperature from the start temperature. Start temperature = setpoint + DTC start. The proportional range is determined by the parameter "DTC range". The PID factors for the fan are not considered. This control can also be used in combination with supply air control, the DTC start parameter should be set bigger then (ca. 7K).<br>*See, e.g.*, Stulz C7000 Original Instructions Microprocessor (June 2020). |
| [1d] requesting a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range unless the second agent redistributes the cooling fluid being delivered to one or more areas in the data center. | Stulz's/Trane's customers, when using the Stulz Supplied Products, requested a second agent from the hierarchy of agents to process the sensory data when the first agent could not keep the temperature range within the predetermined temperature range unless the second agent redistributed the cooling fluid being delivered to one or more areas in the data center.<br>As one example, Stulz's/Trane's customers used CyberRow cooling units as the "second agent" in the hierarchy of agents to process the sensory data when the first agent (e.g., the Airmodulator and/or Airbooster series; or a first CyberRow cooling unit) could not keep the temperature range within the predetermined temperature range unless the second agent (i.e., a CyberRow cooling unit; or second CyberRow cooling unit) redistributed the cooling fluid (i.e., air) being delivered to one or more areas in the data center. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Features**<br>• Independent of rack manufacturer<br>• Targeted cooling of high-density racks<br>• Up to five variable-speed EC fans, which can be controlled independently of each other for optimum adaptation to different return air and supply air temperatures<br>• Infinitely adjustable EC compressor for precise cooling capacity, and no increase in start-up current due to inverter technology<br>• For data centers with and without raised floors<br>• Three different widths for flexibility<br>• Front and rear service access<br>• C7000 controller for controlling and monitoring the air-conditioning system<br><br>**CyberRow Sizes:**<br>Size 1: 1,950 x 300 x 1,200 (H x W x D)<br>Size 2: 1,950 x 400 x 1,175 (H x W x D)<br>Size 3: 1,950 x 600 x 1,175 (H x W x D)<br><br>*See, e.g.*, Stulz, "The Whole Range of Data Center Cooling Solutions" Brochure (Dec. 2014). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br>Four air discharge configurations<br><br><br>STANDARD INCLUSIONS/OPTIONS<br>› DC Brushless Inverter Driven Compressor, allowing continuous capacity control from 30%-100%<br>› The choice of four airflow configurations<br>› Refrigerant R410A<br>› 3 x EC fans with proportional control<br>› Microprocessor Controller<br>› Maintenance access from front and back<br>› Dual Power Supply<br>› Humidification<br>› Other options available on request<br><br>*See, e.g.*, Stulz, "Quick Select Guide" (2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br>• Two sizes:<br>Size 1: 1,950 x 400 x 1,175 (H x W x D)<br>Size 2: 1,950 x 600 x 1,175 (H x W x D)<br>• 3 speed-controlled EC fans, which can be regulated independently and so adapt perfectly to changing return and supply air temperatures<br>• EC scroll compressor (only available for DX and GE versions)<br>• Maintenance access from front and back<br>• RS485 connectivity to popular BMS systems<br>• G4 pleated panel filter in a metal frame<br>• Powder-coated external frame with hinged front and back panels<br>• Ready-made holes as standard at top and bottom for water connections<br>• No direct cables or refrigerant lines are required between the rack and the A/C unit, allowing greater flexibility for installation in the data centre<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**Mechanical Components**<br><br>**Backward Inclined, Plenum Style Fan, with an EC Motor**<br>The blowers shall be backward inclined plenum style fans with an Electronically Commutated (EC) motor, for maintenance free operation. The motor shall include:<br>• Integrated electronic control board<br>• Direct microprocessor control signaling for fan speed control, soft-starting capabilities<br>• Integrated current limitations<br><br>*See, e.g.*, Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | The system is equipped with highly reliable EC (Electronically Commutated) fans which offer considerable energy cost savings and long life. Using an electronically commutated permanent magnet DC motor, AC inverter whine is eliminated. Fan speed is continuously adjustable via a signal from the system controller without the use of VFD's. EC fans offer energy efficient, quiet, low vibration operation.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>**1.5.6 EC Fans**<br>The unit is equipped with three high efficiency, Electronically Commutated (EC) fans. EC fans utilize a brushless motor equipped with permanent magnets and permanently lubricated ball bearings. The fan impellers are backward curved and attached to the rotor casing. The fan is balanced and aerodynamically optimized to minimize vibration.<br>The fans do not utilize drive belts. Fan speed is variable via a 0 to 10 VDC signal from the system controller. The fan motor is equipped with integral electronics and does not require the addition of secondary electronics such as thermal protection, inverters or filters. The fan will not produce AC inverter whine.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>The system controller may be used to configure the fans for zone temperature control with independently variable fan speeds or with all three fans operating at the same variable speed (See Section 4.4.4).<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **4.4.4 Air Flow/Fan Speed Control**<br>The $E^2$ controller treats each EC fan as a variable speed fan. The controller manages the speed of each fan from a factory-set minimum up to a factory-set maximum speed. The minimum fan speed is used whenever the A/C unit has no cooling operations running. The maximum fan speed setting is used during times when the A/C unit is cooling. A dehumidification fan speed setting is used when the system is in the dehumidification mode. The speed settings are adjustable in the Service>Blower>Blower Set Up menu loop (see Section 4.5.5.4.2).<br>EC fan speed is automatically varied based on temperature. There are mechanisms to trade-off the control valve opening versus fan speed. When the system enters the dehumidification mode, the fan speed automatically changes to the dehumidification speed setting.<br>**4.4.4.1 Independent Fan Speed Control**<br>The system controller may be configured for independent, variable fan speed control for managing upper, middle and lower zone cooling. The controller continually monitors the actual cold aisle supply air conditions for each fan zone (upper, middle and lower) as determined by temperature sensors mounted locally to each zone inside the CyberRow cabinet and it adjusts the speed of each fan to meet the supply air temperature setpoint for that zone. The operator may select from three independent fan speed temperature control methods in the Control> Set>Fan Control menu loop (Section 4.5.4.1). Minimum and maximum fan speed settings for each fan are user adjustable in the Service>Blower>Temp Zone Set Up menu loop (see Section 4.5.5.4.1). The fans will not run at speeds outside of the envelope established in that menu loop.<br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br>**4.4.4.1.1 Variance From Average Fan Speed Control**<br>When configured for variance from average fan speed control each fan operates independently. The controller manages the speed of each fan by comparing the variance of the fans' local zone temperature sensor to the overall average temperature measured by the sensors for all three fan zones. The controller adjusts the speed of each fan as necessary to meet the supply air temperature setpoint for that zone.<br>**4.4.4.1.2 Temperature Proportionate Speed Control**<br>The controller adjusts the speed of each fan proportionally for that zone to meet the supply air temperature setpoint. The controller compares the variance of each temperature zone to the temperature setpoint and develops a proportional control output to modulate the speed of each fan to meet the supply air temperature setpoint for that zone.<br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Fan Control**<br>Fan links: All<br>Linked Spd Ctrl:<br>Var frm Avg<br><br>The Fan Control screen allows you to select a fan speed control method (Variance from Average, Temperature Proportional or Manual, see Section 4.4.4.1) for each of the three fans. You may also link the fan temperature zones together in any combination so selected fans operate at the same speed. The linked zones use the average of the linked temperature sensors to control fan speed. Link bars appear to the left of the fan icons indicating which fan zones have been linked.<br><br>**Fan Control**<br>Fan links: None<br>Upper Fan Spd Ctrl:<br>Var frm Avg<br>Upper Fan Spd Ctrl:<br>Var frm Avg<br>Upper Fan Spd Ctrl:<br>Var frm Avg<br><br>When fans are not linked, the controller adjusts the speed of each fan as necessary for that zone to meet the supply air temperature setpoint. When the system is in the dehumidification mode the fan speeds are automatically linked and controlled to the same speed.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).<br><br>**4.5.5.4.1 Temp Zone Set Up**<br><br>**Upper Temp Zone**<br>Min Fan Speed: 25.0%<br>Max Fan Speed: 100.0%<br>Var Dampening: 0.0%<br>Prop Temp Bnd: 3.0%<br>Current Speed: 10.0%<br>Var from Avg Linked<br><br>**Middle Temp Zone**<br>Min Fan Speed: 25.0%<br>Max Fan Speed: 100.0%<br>Var Dampening: 0.0%<br>Prop Temp Bnd: 3.0%<br>Current Speed: 10.0%<br>Var from Avg Linked<br><br>**Lower Temp Zone**<br>Min Fan Speed: 25.0%<br>Max Fan Speed: 100.0%<br>Var Dampening 0.0%<br>Prop Temp Bnd: 3.0%<br>Current Speed: 10.0%<br>Var from Avg Linked<br><br>If your unit is configured for zone temperature control, Blower>Temp Zone display screens are available for the upper, middle and lower fan. These screens allow you to adjust minimum and maximum fan speed settings and modify the fan speed PI control response parameters. The variable dampening value, used with Variance From Average fan speed control (see Section 4.4.4.1.1), adjusts the effect of the variance on the final fan speed.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **A/C Grouping pLAN Operation**<br><br>**A/C Grouping pLAN Operation**<br>Multiple CyberRow system controllers shall be able to connect (grouped) to a pLAN local network, allowing the communication of data and information from each controller to a central control terminal or lead controller. The lead controller display screens can be used to monitor and adjust group control variables for the individual system controllers. Each E2 controller connected to the pLAN network shall be identified with its own unique address.<br><br>Multiple CyberRow units consisting of up to eight STULZ precision air conditioners equipped with like controllers may be controlled and monitored via the E2 Microprocesor Controller. With multiple CyberRow units each unit can selectively be configured as Active to operate as a primary A/C, Capacity Assist for staged operation, or as Standby to come online in case of a failed air conditioning unit to ensure continuous availability. The controller may also be configured to rotate units with timed duty cycling to promote equal run-time and ensure that each CyberRow unit within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberRow DX Engineering Manual (Sep. 2021); Stulz CyberRow CW Engineering Manual (Sep. 2021).<br><br>**4.1.1.5 A/C Grouping pLAN Operation**<br>Multiple A/C system controllers can be connected (grouped) to a pLAN local network, allowing the communication of data and information from each controller to a central control terminal or Lead controller. The Lead controller display screens can be used to monitor and adjust group control variables for the individual system controllers. Each *E²* controller connected to the pLAN network is to be identified with its own unique address.<br><br>Multiple A/C units consisting of up to eight (8) STULZ precision air conditioners equipped with like controllers may be controlled and monitored via the *E²* series controller. With multiple A/C units each unit can selectively be configured as "Active" to operate as a primary A/C, "Capacity Assist" for staged operation or as "Standby" to come online in case of a failed air conditioning unit to ensure continuous availability. The controller may also be configured to rotate units with timed duty cycling to promote equal run-time and assure that each A/C unit within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**4.5.5.5.7 Work Group Screens**

The Service>Group display screens shown below only appear if two or more units are wired together as a group. They allow you to configure parameters that apply to how the A/C units interact in the work group.




*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **4.6.1.2 Capacity Assist**<br>The Capacity Assist option can be used to maximize efficiency for conservation of energy and to more precisely control capacity at low demand. This feature enables Active A/C units to handle the demand up to a certain temperature/humidity setpoint and then enables additional units to begin operating as needed. If the Active A/C units are running and unable to satisfy the demand, Capacity Assist A/C unit(s) may be programmed to turn on to assist the Active units.<br><br>Each Capacity Assist unit may set to control operation based on it's local temperature/humidity sensor values or control operation based on Network sensor values transmitted from the Lead controller. Multiple Capacity Assist units are typically set with each unit in the group assigned incrementally increasing/decreasing offsets for cooling, humidifying and dehumidifying so they will turn on one at a time only if the unit(s) currently operating are unable to satisfy the demand. They should incrementally turn off as each unit reaches it's cut-out setpoint, while active A/C unit(s) continue to maintain room conditions at the desired level.<br><br>*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013). |

| Claim Language | Exemplary Evidence |
|---|---|

```
Capacity Assist
Assist Time          300s
Cooling Cut in      1.0°F
        Cut out     0.0°F
```

**Factory>Group> Capacity Assist (Screen 3)**

Each A/C unit in the group may be assigned local cut-in and cut-out setpoints for it's capacity assist operation. The values entered are offsets which are applied to the control setpoints established at the lead controller. Each unit in the group should be assigned incrementally increasing/decreasing offsets for cooling humidifying and dehumidifying so they will turn on one at a time only if the unit(s) currently operating are unable to satisfy the demand.

| Display description | Description | Variables | Default |
|---|---|---|---|
| Assist Time | Enter the delay period for capacity assist unit(s) to begin operating. | 0 to 999 | 300 |
| Cooling Cut in | Enter a temperature setpoint offset for cooling capacity assist operation to begin. | -99.9 to 99.9 | 1.0 |
| Cut out | Enter a temperature setpoint offset for cooling capacity assist operation to stop. | -99.9 to 99.9 | 0.0 |

*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).

**4.6.2.7.2 Capacity Assist**

```
Capacity Assist
Assist Time          300s
Cooling Cut in      1.0°F
        Cut out     0.0°F
```

The first Service>Options>Capacity Assist screen allows you to enter the delay period for the unit to begin operating if it is in the capacity assist mode. Also, each A/C unit in the group may be assigned local cut-in and cut-out setpoints for it's capacity assist operation. The values entered are offsets which are applied to the control setpoints.

Each unit in the group should be assigned incrementally increasing/decreasing offsets for cooling, humidifying and dehumidifying so they will turn on one at a time only if the unit(s) currently operating are unable to satisfy the demand.

*See, e.g.*, Stulz CyberRow DX Installation, Operation and Maintenance Manual (2016); Stulz CyberRow CW Installation, Operation and Maintenance Manual (2013).

| Claim Language | Exemplary Evidence |
| --- | --- |
| | As another example, Stulz's/Trane's customers used Room/Perimeter cooling units in normal mode as the "second agent" in the hierarchy of agents to process the sensor data when the first agent (e.g., the Airmodulator and/or Airbooster series; an CyberRow cooling unit; a Room/Perimeter cooling unit in free-cooling/efficiency mode; or a first Room/Perimeter cooling unit in normal mode) could not keep the temperature range within the predetermined temperature range unless the second agent (i.e., a Room/Perimeter cooling unit in normal mode; or a second Room/Perimeter cooling unit in normal mode) redistributed the cooling fluid (i.e., air) being delivered to one or more areas in the data center.<br><br>**Adaptive ventilation with EC technology**<br><br>With the introduction of the CyberAir 2, we were the first manufacturer to employ EC-driven fans for an entire product family. For the CyberAir 3 we went one step further, and entrusted ebm-papst with the task of developing a fibreglass-reinforced EC fan in a special size for the CyberAir 3, precisely in line with our specifications. The electronically controlled EC fans react steplessly to changing output requirements and are especially economical in partial load mode. EC fans consume up to 30 % less energy than conventional AC models!<br><br><br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018); Stulz, "CyberAir 3PRO CW: Innovative chilled water cooling for data centers" Brochure (2017).<br><br>**Airflow Control**<br><br>**EC Fan Speed Control**<br><br>The system shall include a variable fan speed control package. The purpose of this feature is to allow the use of the energy saving capabilities of the EC fan without running into the problems associated with ice formation on the coil or excessive latent cooling. When the suction pressure and therefore suction temperature is equal to the minimum allowable coil temperature, the E² controller will prevent the EC fans from any further decrease in speed until that suction pressure/temperature rises. The minimum allowable suction temperature is a customer selectable parameter.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**1.4.7 EC Fan(s)**

The unit is equipped with high efficiency, Electronically Commutated (EC) fan(s). EC Fans utilize a brushless motor equipped with permanent magnets and permanently lubricated ball bearing. The Fan impellers are backward curved and attached to the rotor casing. The fan is balanced and aerodynamically optimized to minimize vibration.

The fan does not utilize drive belts. The fan speed is variable via a 0 to 10 VDC signal from the system controller. The fan motor is equipped with integral electronics and does not require the addition of secondary electronics such as thermal protection, inverters or filters. The fan will not produce AC inverterwhine.

**29.11 EC Fans**

The speed of the EC fans is controlled via a 0 to 10 VDC signal from the system controller. The controller is pre-set by the factory for the correct fan speed configuration and should not require adjustment. If it is determined that the air flow needs adjustment, this may be done using the controller's programming menu selections. Refer to the *E²* Controller Operators Manual provided separately.

*See, e.g.*, Stulz CyberAir DX Installation, Operation and Maintenance Manual (2019); Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (2020); Stulz CyberAir CW Installation, Operation and Maintenance Manual (2013); Stulz CyberOne EC CW Installation, Operation and Maintenance Manual (2020).




*See, e.g.*, Stulz C7000 Original Instructions Microprocessor (June 2020).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Differential temperature control according to return air**<br><br>This variant of differential temperature control can be used for A/C units with EC fans (e.g. CyberAir). With this control the fan speed is proportionally controlled according to the deviation of the return air temperature from the start temperature. Start temperature = setpoint + DTC start. The proportional range is determined by the parameter "DTC range". The PID factors for the fan are not considered. This control can also be used in combination with supply air control, the DTC start parameter should be set bigger then (ca. 7K).<br><br>*See, e.g.*, Stulz C7000 Original Instructions Microprocessor (June 2020).<br><br>**A/C Grouping pLAN Operation (Optional)**<br><br>Multiple CyberAir system controllers shall be able to be connected (grouped) to a pLAN local network to enable the communication of data and information from each controller to a central control terminal or Lead controller.<br>The Lead controller display screen can be used to monitor and adjust group control variables for the individual system controllers. Each $E^2$ controller connected to the pLAN network shall be identified with its own unique address.<br><br>Multiple CyberAir systems consisting of up to eight floor-mounted air conditioners equipped with like controllers may be controlled and monitored via the $E^2$ series controller. With multiple CyberAir systems, each unit can be selectively configured as Active to operate as a primary A/C, Capacity Assist for staged operation, or as Standby to come online in case of a failed air conditioning unit to ensure continuous availability.<br><br>The controller may also be configured to rotate units with timed duty cycling to promote equal run- time and assure that each CyberAir system within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); Stulz CyberOne EC DX Engineering Manual (Sep. 2021); Stulz CyberAir CW Engineering Manual (Jan. 2022); Stulz CyberOne EC CW Engineering Manual (Sep. 2021); Stulz $E^2$ Controller Operation Manual (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **7.0 COMMUNICATION WITH THE CONTROLLER**<br><br>It is possible for the STULZ E2 controller to communicate in multiple ways. The controller may be set up to use a pLAN network to link with additional E² controllers to create a work group consisting of multiple A/C units (see Figure 12 and Section 7.1).<br><br>Using a BMS interface port, the controller may also be connected to a BMS for monitoring and control of data points using a multitude of different serial communication protocols (see Section 7.3).<br><br>The second Service>Options>Economizer screen allows the operator to change the economizer high temperature value and expand the dewpoint boundaries. The Econ High +DP and Econ High –DP are offsets from the dewpoint value that passes through the temperature and humidity setpoint.<br><br>**7.1 Work Groups**<br><br>The controller may be networked with a group of A/C unit controllers via an RS485 connection to manage their outputs as a system in an N+M (M = number of standby units) group. The controllers from up to seven additional A/C units may be tied to a Lead controller. The number of units to be assigned as Active, Capacity Assist or Standby duty is to configured by the factory however, they may configured in the field (see Section 7.2.6) with assistance from STULZ Product Support. A unit may also be designated as "Out of Service" (see Section 7.1.4).<br><br><br><br><br>**Figure 12. Configuring Multiple A/C Units**<br><br>*See, e.g.*, Stulz E$^2$ Controller Operation Manual (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | (see below) |

**7.1.1 Capacity Assist**

The Capacity Assist option can be used to maximize efficiency for conservation of energy and to more precisely control capacity at low demand. This feature enables Active A/C units to handle the demand up to a certain temperature/humidity setpoint and then enables additional units to begin operating gas needed. If the Active A/C units are running and unable to satisfy the demand, Capacity Assist A/C unit(s) may be programmed to turn on to assist the Active units.

Each Capacity Assist unit may set to control operation based on its local temperature/humidity sensor values or control operation based on network sensor values transmitted from the Lead controller. Multiple capacity assist units are typically set with each unit in the group assigned incrementally increasing/ decreasing offsets for cooling, heating, humidifying and dehumidifying so they will turn on one at a time only if the unit(s) currently operating are unable to satisfy the demand. They should incrementally turn off as each unit reaches its cut-out setpoint, while active A/C unit(s) continue to maintain room conditions at the desired level.

*See, e.g.*, Stulz $E^2$ Controller Operation Manual (2020).

```
    Capacity Assist
Assist Time          300s
Cooling Cut in      1.0°F
        Cut out     0.0°F
Heating Cut in     -1.0°F
        Cut out     0.0°F
```

Service>Group>Capacity Assist (Screen 3)

Each A/C unit in the group may be assigned local cut-in and cut-out setpoints for its capacity assist operation. The values entered are offsets which are applied to the control setpoints established at the lead controller. Each unit in the group should be assigned incrementally increasing/decreasing offsets for cooling, heating, humidifying and dehumidifying so they will turn on one at a time only if the unit(s) currently operating are unable to satisfy the demand.

| Display | Description | Variables | Default |
|---|---|---|---|
| Assist Time | Enter the delay period for capacity assist unit(s) to begin operating if it is in the capacity assist mode. | 0 to 999 | 300 |
| Cooling Cut-In | Enter a temperature setpoint offset for cooling capacity assist operation to begin. | -99.9 to 99.9 | 1.0 |
| Cut-out | Enter a temperature setpoint offset for cooling capacity assist operation to stop. | -99.9 to 99.9 | 0.0 |
| Heating Cut-In | Enter a temperature setpoint offset for heating capacity assist operation to begin. | -99.9 to 99.9 | -1.0 |
| Cut-out | Enter a temperature setpoint offset for heating capacity assist operation to stop. | -99.9 to 99.9 | 0.0 |

*See, e.g.*, Stulz $E^2$ Controller Operation Manual (2020).